## 10250.   TAYLOR v. KELLER.

LUKE, J.   The petition for certiorari assigns error upon the ground that
the evidence did not authorize the verdict. The evidence, though
conflicting, supports the verdict, which the trial court and the judge
of the superior court approved. It was not error to overrule the
certiorari.

Judgment affirmed. *Wade, C. J., and Jenkins, J., concur.*
DECIDED APRIL 16, 1919.

Certiorari; from Bibb superior court—Judge Mathews.   October
30, 1918.

*L. D. Moore,* for plaintiff in error.   *Hatcher & Smith,* contra.